```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 05 B 33017
   ROCHELLE OBANNON
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-6679


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/19/2005 and was confirmed 09/29/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 02/22/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
AMERICAS FINANCIAL CHOIC   UNSECURED          266.36            .00         266.36
AMERICAN LOANS             UNSECURED          241.42            .00         241.42
AMERICASH LOANS LLC        UNSECURED          214.98            .00         214.98
JEFFERSON CAPITAL SYSTEM   UNSECURED         1219.45            .00        1219.45
BANK ONE                   UNSECURED        NOT FILED           .00            .00
BANK ONE                   UNSECURED        NOT FILED           .00            .00
CHECKS UNLIMITED           UNSECURED        NOT FILED           .00            .00
COMCAST                    UNSECURED        NOT FILED           .00            .00
PREMIER BANCARD CHARTER    UNSECURED          459.05            .00         459.05
GFG LOAN CO                UNSECURED        NOT FILED           .00            .00
PORTFOLIO ACQUISITIONS     UNSECURED          855.73            .00         855.73
ISAC                       UNSECURED         2100.30            .00        2100.30
MERCY HOSPITAL             UNSECURED        NOT FILED           .00            .00
MIDNIGHT VELVET            UNSECURED          499.08            .00         499.08
NATIONAL QUICK CASH        UNSECURED        NOT FILED           .00            .00
WORLD FINANCIAL NETWORK    UNSECURED          775.05            .00         775.05
PAYDAY LOAN                UNSECURED        NOT FILED           .00            .00
PDL FINANCIAL SERVICES     UNSECURED        NOT FILED           .00            .00
QUEST DIAGNOSTICS          UNSECURED        NOT FILED           .00            .00
VERIZON                    UNSECURED        NOT FILED           .00            .00
XELCO COLLECTION SERVICE   NOTICE ONLY     NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM   NOTICE ONLY     NOT FILED           .00            .00
CREDIT PROTECTION ASSOC    NOTICE ONLY     NOT FILED           .00            .00
NATIONWIDE CREDIT & COLL   NOTICE ONLY     NOT FILED           .00            .00
AMERICAN MEDICAL COLLECT   NOTICE ONLY     NOT FILED           .00            .00
CREDIT MANAGEMENT INC      NOTICE ONLY     NOT FILED           .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                           569.78
DEBTOR REFUND              REFUND                                             91.12

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 33017 ROCHELLE OBANNON
```

```
                           RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    9,992.32

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                           6,631.42
ADMINISTRATIVE                                      2,700.00
TRUSTEE COMPENSATION                                  569.78
DEBTOR REFUND                                          91.12
                         ---------------     ---------------
TOTALS                     9,992.32                 9,992.32
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 05/28/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                        PAGE   2
          CASE NO. 05 B 33017 ROCHELLE OBANNON